B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Central District of California | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Refrigerant Exchange Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**86-0864806** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**15709 E. Arrow Hwy Unit #4**<br>**Irwindale, CA**<br>ZIP Code **91706** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08) — Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Refrigerant Exchange Corp.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed:  - **None** - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>- **None** - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
 Signature of Attorney for Debtor(s)     (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Refrigerant Exchange Corp.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ David B. Golubchik
Signature of Attorney for Debtor(s)
**David B. Golubchik 185520**
Printed Name of Attorney for Debtor(s)
**Levene, Neale, Bender, Rankin & Brill LLP**
Firm Name
**10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067**
Address

(310) 229-1234
Telephone Number
**January 27, 2010                185520**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Dennis O'Meara
Signature of Authorized Individual
**Dennis O'Meara**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**January 27, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  **Refrigerant Exchange Corp.**  
Debtor(s)

Case No.  _____  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Cal Trol Engineering<br>6851 Walthal<br>Paramount, CA 90723 | Cal Trol Engineering<br>6851 Walthal<br>Paramount, CA 90723<br>877 827 8131 | | | 72,500.00 |
| Essex Realty Management, Inc.<br>18012 Sky Park Circle Suite 200<br>Irvine, CA 92614-6429 | Essex Realty Management, Inc.<br>18012 Sky Park Circle Suite 200<br>Irvine, CA 92614-6429<br>949-553-5169 | | | 48,410.00 |
| Martin Container, Inc.<br>1400 S. Atlantic Ave.<br>Compton, CA 90221 | Martin Container, Inc.<br>1400 S. Atlantic Ave.<br>Compton, CA 90221<br>310-638-6000 | | | 13,869.61 |
| Air Conditioning Co.<br>6265 San Fernando Rd<br>Glendale, CA | Air Conditioning Co.<br>6265 San Fernando Rd<br>Glendale, CA<br>818 244 6571 | | | 11,500.00 |
| Domestic Container Transp.,Inc<br>650 N. Rose Drive No. 611<br>Placentia, CA 92870-7583 | Domestic Container Transp.,Inc<br>650 N. Rose Drive No. 611<br>Placentia, CA 92870-7583<br>714-961-1826 | | | 9,344.52 |
| Edison Company<br>P.O Box 600<br>Rosemead, CA 91771 | Edison Company<br>P.O Box 600<br>Rosemead, CA 91771<br>800-990-7788 | | | 7,491.63 |
| Environment First<br>3133-A E. Waterloo Circle<br>Edmond, OK 73034 | Environment First<br>3133-A E. Waterloo Circle<br>Edmond, OK 73034<br>405-340-5897 | | | 7,436.00 |
| Frank J. Smith<br>4850 Azusa Canyon Rd<br>Baldwin Park, CA 91706 | Frank J. Smith<br>4850 Azusa Canyon Rd<br>Baldwin Park, CA 91706<br>626-851-0902 | | | 6,889.00 |
| Raul's Auto Repair<br>767 E. Arrow Hwy Suite C<br>Azusa, CA 91702 | Raul's Auto Repair<br>767 E. Arrow Hwy Suite C<br>Azusa, CA 91702<br>626-339-7566 | | | 6,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Refrigerant Exchange Corp.** _____     Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Auto Air & Heater Specialist<br>2575 Main St<br>Riverside, CA 92501 | Auto Air & Heater Specialist<br>2575 Main St<br>Riverside, CA 92501<br>951-369-3282 | | | 5,800.00 |
| T.T International Co.,LTD<br>Room2911 Manhattan Building<br>105 Youhao Road Dalian<br>CHINA 116001 | T.T International Co.,LTD<br>Rm2911 Manhattan Bldg<br>105YouhaoRd<br>DalianCHINA  11600<br>0086-411-82537172 | | | 4,536.00 |
| Los Angeles County Fire Dept.<br>P.O Box 513148<br>Los Angeles, CA 90051-1148 | Los Angeles County Fire Dept.<br>P.O Box 513148<br>Los Angeles, CA 90051-1148<br>213-338-2345 | | | 2,580.00 |
| B-V Associates, Inc.<br>48845 West Road P.O Box 930301<br>Wixom, MI 48393-0301 | B-V Associates, Inc.<br>48845 West Road P.O Box 930301<br>Wixom, MI 48393-0301<br>248-348-4920 | | | 2,158.45 |
| S.C.A.Q.M.D.<br>P.O Box 4943<br>Diamond Bar, CA 91765-0943 | S.C.A.Q.M.D.<br>P.O Box 4943<br>Diamond Bar, CA 91765-0943<br>909-396-2900 | | | 2,053.44 |
| Hatco<br>P.O Box 18970<br>Newark, NJ 07191-8970 | Hatco<br>P.O Box 18970<br>Newark, NJ 07191-8970<br>FAX 203 573 2324 | | | 1,842.00 |
| McKenna Boiler Works, Inc.<br>1510 N. Spring St.<br>Los Angeles, CA 90012 | McKenna Boiler Works, Inc.<br>1510 N. Spring St.<br>Los Angeles, CA 90012<br>323-221-1171 | | | 1,518.02 |
| Monty's Electric, Inc.<br>4519 N. Park Ave<br>Baldwin Park, CA 91706 | Monty's Electric, Inc.<br>4519 N. Park Ave<br>Baldwin Park, CA 91706<br>818-338-4774 | | | 1,500.00 |
| Reynaldo Mandujano<br>17052 E. Witzman Dr.<br>La Puente, CA 91744 | Reynaldo Mandujano<br>17052 E. Witzman Dr.<br>La Puente, CA 91744<br>626-961-5223 | | | 1,375.00 |
| Roy & Dots Truck Specialties Inc.<br>14490 Whittram Ave<br>Fontana, CA 92335 | Roy & Dots Truck Specialties Inc.<br>14490 Whittram Ave<br>Fontana, CA 92335<br>909-829-2734 | | | 1,295.32 |
| Verizon California<br>P.O Box 3001<br>Inglewood, CA 90313-0001 | Verizon California<br>P.O Box 3001<br>Inglewood, CA 90313-0001<br>800-483-5000 | | | 896.70 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Refrigerant Exchange Corp.** _____   Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **1/29/2010** _____   Signature  _____

**Dennis O'Meara**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Central District of California

In re  **Refrigerant Exchange Corp.**
                                                            Debtor

Case No. _____

Chapter _____**11**_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Environmental Technology Systems Co**<br>**15709 E. Arrow Hwy #4**<br>**Irwindale, CA 91706** | **Common** | **100%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 27, 2010**                    Signature  _____
                                                **Dennis O'Meara**
                                                **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___0___  continuation sheets attached to List of Equity Security Holders

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **N/A**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Los Angeles** , California.

Dated  **January 27, 2010**

*Dennis O'Meara*
*Debtor*

*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

F 1015-2.1

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

| Party Name, Address and Telephone Number (CA State Bar No. If Applicable) | FOR COURT USE ONLY |
|---|---|
| David B. Golubchik<br>10250 Constellation Blvd.<br>Suite 1700<br>Los Angeles, CA 90067<br><br>CA State Bar Number: **185520** | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>**Refrigerant Exchange Inc.**<br><br>Debtor. | CHAPTER 11<br>CASE NUMBER<br><br>(No Hearing Required) |

# VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
*(Required by General Order 97-02)*

*Attach additional sheets as necessary and indicate so in each section*

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State *(from Form S0100, S0200, or S0300)*: 15709 E. Arrow Hwy #4, Irwindale, CA 91706

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:
   777 E. Quartz Ave. #8050, Sandy Valley, NV 89019

3. Disclose the current business address(es) for all corporate officers:
   15709 E. Arrow Hwy #4, Irwindale, CA 91706

4. Disclose the current business address(es) where the Debtor's books and records are located:
   15709 E. Arrow Hwy #4, Irwindale, CA 91706

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:
   15709 E. Arrow Hwy #4, Irwindale, CA 91706

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):
   N/A

7. State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*:
   Dennis O'Meara, President, 15709 E. Arrow Hwy #4, Irwindale, CA 91706

8. Total number of attached pages of supporting documentation: ___

Rev. 12/99  This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **VEN-C**

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Venue Disclosure Form for Corporations Filing Chapter 11 - Page 2 | **VEN-C**

| In re **Refrigerant Exchange Inc.** Debtor. | CHAPTER 11 CASE NUMBER |
|---|---|

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on __January 20, 2010__, at Irwindale, California.

**Dennis O'Meara**
*Type Name of Officer*

**President**
*Position or Title of Officer*

*Signature of Declarant*

*Rev. 12/99* This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California. **VEN-C**

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Verification of Creditor Mailing List - (Rev. 10/05)     2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name     David B. Golubchik 185520

Address     10250 Constellation Blvd. Suite 1700 Los Angeles, CA 90067

Telephone     (310) 229-1234

☒ Attorney for Debtor(s)
☐ Debtor in Pro Per

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years: **Refrigerant Exchange Corp.** | Case No.: |
| --- | --- |
| | Chapter:    11 |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __6__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: **January 29, 2010**

/s/ Dennis O'Meara
**Dennis O'Meara/President**
Signer/Title

Date: **January 29, 2010**

/s/ David B. Golubchik
Signature of Attorney
**David B. Golubchik 185520
Levene, Neale, Bender, Rankin & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067**

```
Refrigerant Exchange Corp.
15709 E. Arrow Hwy Unit #4
Irwindale, CA 91706


David B. Golubchik
Levene, Neale, Bender, Rankin & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


U.S. Trustee
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017


ACE Air Conditioning.
P.O Box 5035
Bellflower, CA 90707


Air Conditioning Co.
6265 San Fernando Rd
Glendale, CA


Athens Services
14048 Valley Blvd P.O Box 60009
City of Industry, CA 91716-0009


Auto Air & Heater Specialist
2575 Main St
Riverside, CA 92501


B-V Associates, Inc.
48845 West Road P.O Box 930301
Wixom, MI 48393-0301
```

Cal Trol Engineering
6851 Walthal
Paramount, CA 90723


Dennis O'Meara
7401 W. 91st St.
Los Angeles, CA 90045


Domestic Container Transp.,Inc
 650 N. Rose Drive No. 611
Placentia, CA 92870-7583


Edison Company
 P.O Box 600
Rosemead, CA 91771


Environment First
3133-A E. Waterloo Circle
Edmond, OK 73034


Essex Realty Management, Inc.
 18012 Sky Park Circle Suite 200
Irvine, CA 92614-6429


Fluid Handling Systems
13610 E. Imperial Hwy Suite 8
Santa Fe Springs, CA 90670


Fluorocarbon Technology
777 E. Quartz Ave
Sandy Valley, NV 89019

Frank J. Smith
 4850 Azusa Canyon Rd
Baldwin Park, CA 91706


Hatco
 P.O Box 18970
Newark, NJ 07191-8970


I. Mandujano
17052 E. Witzman Dr
La Puente, CA 91744


Intertek Testing Services
 P.O Box 538242
Atlanta, GA 30353-8242


Los Angeles County Fire Dept.
 P.O Box 513148
Los Angeles, CA 90051-1148


Los Angeles Tax Collector
225 N. Hill St. Rm 160
Los Angeles, CA 90012


Martin Container, Inc.
 1400 S. Atlantic Ave.
Compton, CA 90221


MCI
P.O Box 371838
Pittsburgh, PA 15250-7838

McKenna Boiler Works, Inc.
1510 N. Spring St.
Los Angeles, CA 90012


Mel & Judy Hatey
1909 Kings Bridge Lane
Roanoke, TX 76262


Monty's Electric, Inc.
4519 N. Park Ave
Baldwin Park, CA 91706


National Refrigerants, Inc.
661 Kenyon Ave
Bridgeton, NJ 08302


Nextel
P.O Box 54977
Los Angeles, CA 90054-0977


One Zfamily Corp
HCR 31 Box 141
Sandy Valley, NV 89019


Pacific Mercantile Bank
450 Newport Center Drive, Suite 100
Newport Beach, CA 92660


Petra Financial

```
Pitney Bowes
P.O Box 856390
Louisville, KY 40285-5390


Raul's Auto Repair
767 E. Arrow Hwy Suite C
Azusa, CA 91702


Reynaldo Mandujano
17052 E. Witzman Dr.
La Puente, CA 91744


Robert Rein
10866 Wilshire Blvd Ste 400
Los Angeles, CA 90024


Roy & Dots Truck Specialties Inc.
14490 Whittram Ave
Fontana, CA 92335


S.C.A.Q.M.D.
P.O Box 4943
Diamond Bar, CA 91765-0943


T.T International Co.,LTD
 Room2911 Manhattan Building
105 Youhao Road Dalian
CHINA 116001


Ted Johnson Propane
 5140 N. Elton Street
Baldwin Park, CA 91706
```

The Gas Company
PO Box C
Monterey Park, CA 91756


Toyota Motor Credit Corp.
 P.O Box 2431
Carol Stream, IL 60132-2431


Uline
2200 S. Lakeside Dr
Waukegan, IL 60085


Verizon California
 P.O Box 3001
Inglewood, CA 90313-0001


Verizon Online
P.O Box 12045
Trenton, NJ 08650-2045


Wesco Security System, Inc.
P.O Box 4518
Covina, CA 91723


Western Allied.
12046 E. Florence
Santa Fe Springs, CA 90670

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **David B. Golubchik**<br>Levene, Neale, Bender, Rankin & Brill LLP<br>10250 Constellation Blvd.<br>**Suite 1700**<br>Los Angeles, CA 90067<br><br>185520<br>☒ *Attorney for:* Debtor and Debtor in Possession | |

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>**Refrigerant Exchange Inc.**<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists  Date Filed: _____
☒ Amendments to the petition, statement of affairs, schedules or lists  Date Filed: _____
☐ Other: _____  Date Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____  **January 20, 2010**
*Signature of Authorized Signatory of Filing Party*  Date

**Dennis O'Meara**
*Printed Name of Authorized Signatory of Filing Party*

**President**
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____  **January 20, 2010**
*Signature of Attorney for Filing Party*  Date

**David B. Golubchik 185520**
*Printed Name of Attorney for Filing Party*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

Board Meeting of Refrigerant Exchange Corp.

# CERTIFICATE OF REFRIGERANT EXCHANGE, INC., AUTHORIZING FILING OF PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

I, Dennis O'Meara, hereby certify as follows:

1. I am the President and Chairman of the Board of Directors of Refrigerant Exchange, Inc. (the "Company").

2. At a special meeting of the Company's Board of Directors, held on January 28, 2010, the following corporate resolutions were duly enacted, and the same remain in full force and effect, without modification, as of the date hereof:

> **RESOLVED**, that Dennis O'Meara ("O'Meara") is hereby authorized to determine, based upon subsequent events and advice of counsel, whether it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file a Petition under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code");
>
> **FURTHER RESOLVED**, that O'Meara is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case;
>
> **FURTHER RESOLVED**, that O'Meara is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel for the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which O'Meara deems necessary and proper in connection with the Company's bankruptcy case;
>
> **FURTHER RESOLVED,** that the Company hereby retains the law offices of Levene, Neale, Bender, Rankin & Brill L.L.P. as bankruptcy counsel for the Company for

**Board Meeting of REFEX**
**January 28, 2010**
**Page 2**

purposes of, among other things, representing the Company in its Chapter 11 case; and

**FURTHER RESOLVED**, that O'Meara is hereby authorized and directed on behalf of and in the name of the Company to execute a pre-petition retainer agreement, and is hereby authorized and directed on behalf of and in the name of the Company to execute the Company's employment application of LNBRB as bankruptcy counsel to the Company in the Company's Chapter 11 bankruptcy case.

Dated: January 28, 2010

REFRIGERANT EXCHANGE, INC.,

By: *[signature]* Dennis O'Meara
Its: President and Chairman
of the Board of Directors

*[signature]*
Sonya Chisley, Corporate Secretary