1  PHILIP A. GASTEIER (State Bar No. 130043)
   DAVID B. GOLUBCHIK (State Bar No. 185520)
2  J.P. FRITZ (State Bar No. 245240)
   LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
3  10250 Constellation Boulevard, Suite 1700
4  Los Angeles, California 90067
   Telephone: (310) 229-1234
5  Facsimile: (310) 229-1244
   Email: pag@lnbrb.com; dbg@lnbrb.com; jpf@lnbrb.com
6
7  Proposed Attorneys for Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re: | ) Case No.: 2:10-bk-13375-RN |
|---|---|
| REFRIGERANT EXCHANGE CORP. | ) Chapter 11 Case |
| Debtor and Debtor in Possession, | ) DECLARATION RE TELEPHONIC NOTICE OF: |
| | ) 1. DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO USE CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION IN SUPPORT THEREOF |
| | ) 2. DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANIES PURSUANT TO SECTION 366(c) OF THE BANKRUPTCY CODE; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION IN SUPPORT THEREOF |
| | **Hearing:** |
| | Date: February 8, 2010 |
| | Time: 9:00 a.m. |
| | Ctrm: 255 East Temple Street Courtroom "1645" Los Angeles, CA 90012 |

1

1       I declare that I am over the age of 18 and not a party to this action. I am employed as an associate attorney by the law firm of Levene, Neale, Bender, Rankin & Brill L.L.P., proposed bankruptcy counsel to Refrigerant Exchange Corp. Chapter 11 debtor and debtor in possession herein (collectively, the "Debtor").

      I declare that I am over the age of 18 and not a party to this action. I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made. My business address is 10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067.

      I make this declaration regarding telephonic notice of the:

DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO USE CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION IN SUPPORT THEREOF (the "Cash Collateral Motion")

DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANIES PURSUANT TO SECTION 366(c) OF THE BANKRUPTCY CODE; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION IN SUPPORT THEREOF (the "Utilities Motion")

      I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify thereto.

      On February 3, 2010, I caused telephonic notice of the hearing on the Cash Collateral Motion and the Utilities Motion to those parties as indicated on the list attached hereto as Exhibit "1".

      Executed this 4th day of February, 2010 at Los Angeles, California.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                  _____
                                                  Jason Klassi

**Telephonic notice re Cash Collateral and Utilities**

| | |
|---|---|
| Cal Trol Engineering<br>6851 Walthal<br>Paramount, CA 90723<br>877 827 8131 | 2/3/10 at 4:08 p.m.<br>Left voice mail with Joan Schemelly |
| Essex Realty Management, Inc.<br>18012 Sky Park Circle<br>Suite 200<br>Irvine, CA 92614-6429<br>949-553-5169 | 2/3/10 at 4:10 p.m.<br>Left voice mail |
| Martin Container, Inc.<br>1400 S. Atlantic Ave.<br>Compton, CA 90221<br>310-638-6000 | 2/3/10 at 4:14 p.m.<br>Spoke with Elaine |
| Air Conditioning Co.<br>6265 San Fernando Rd<br>Glendale, CA<br>818 244 6571 | 2/3/10 at 4:18 p.m.<br>Left voice mail for Angela Varia |
| Domestic Container Transp.,Inc<br>650 N. Rose Drive No. 611<br>Placentia, CA 92870-7583<br>714-961-1826 | 2/3/10 at 4:23 p.m.<br>Bad number |
| Edison Company<br>P.O Box 600<br>Rosemead, CA 91771<br>800-990-7788 | 2/3/10 at 4:20 p.m.<br>Spoke with Ann |
| Environment First<br>3133-A E. Waterloo Circle<br>Edmond, OK 73034<br>405-340-5897 | 2/3/10 at 4:25 p.m.<br>Left voice mail for Tim Roberts |
| Frank J. Smith<br>4850 Azusa Canyon Rd<br>Baldwin Park, CA 91706<br>626-851-0902 | 2/3/10 at 4:28 p.m.<br>He hung up on me. |
| Raul's Auto Repair<br>767 E. Arrow Hwy Suite C<br>Azusa, CA 91702<br>626-339-7566 | 2/3/10 at 4:30 p.m.<br>Spoke with Raul |
| MCI<br>800-436-4444 | 2/3/10 at 4:40 p.m.<br>got recording |
| The Gas Company<br>800-772-5050 | 2/3/10 at 4:45 p.m.<br>Got recording |
| Nextel<br>800-639-6111 | 2/3/10 at 4:50 p.m.<br>Got recording |
| Auto Air & Heater Specialist<br>2575 Main St<br>Riverside, CA 92501<br>951-369-3282 | 2/3/10 at 4:00 p.m.<br>Hung up |



EXHIBIT __1__

| | |
|---|---|
| T.T International Co.,LTD<br>Rm2911 Manhattan Bldg<br>105YouhaoRd<br>DalianCHINA   11600<br>0086-411-82537172 | 2/3/10 at 4:01 p.m.<br>No answer |
| Los Angeles County Fire Dept.<br>P.O Box 513148<br>Los Angeles, CA 90051-1148<br>213-338-2345 | 2/3/10 at 4:02 p.m.<br>Wrong number |
| B-V Associates, Inc.<br>48845 West Road P.O Box 930301<br>Wixom, MI 48393-0301<br>248-348-4920 | 2/3/10 at 4:03 p.m.<br>Inez |
| S.C.A.Q.M.D.<br>P.O Box 4943<br>Diamond Bar, CA 91765-0943<br>909-396-2900 | 2/3/10 at 4:04 p.m.<br>Kim in the legal department |
| Hatco<br>P.O Box 18970<br>Newark, NJ 07191-8970<br>FAX 203 573 2324 | 2/3/10 at 4:06 p.m.<br>Fax number |
| McKenna Boiler Works, Inc.<br>1510 N. Spring St.<br>Los Angeles, CA 90012<br>323-221-1171 | 2/3/10 at 4:07p.m.<br>No answer |
| Monty's Electric, Inc.<br>4519 N. Park Ave<br>Baldwin Park, CA 91706<br>818-338-4774 | 2/3/10 at 4:08 p.m.<br>Busy |
| Reynaldo Mandujano<br>17052 E. Witzman Dr.<br>La Puente, CA 91744<br>626-961-5223 | 2/3/10 at 4:09 p.m.<br>Anna |
| Roy & Dots Truck Specialties Inc.<br>14490 Whittram Ave<br>Fontana, CA 92335<br>909-829-2734 | 2/3/10 at 4:10 p.m.<br>Brenda |
| Verizon California<br>P.O Box 3001<br>Inglewood, CA 90313-0001<br>800-483-5000 | 2/3/10 at 4:12 p.m.<br>After Hours |
| Counsel for Pacific Mercantile Bank<br>Leonard Schulman<br>949 340-3400 | 2/3/10 at 4:22 p.m.<br>Tammy |
| Petra Financial<br>Paul DeStanfanis<br>305-378-5003 | 2/3/10 at 4:25 p.m.<br>Paul |
| Pacific Mercantile Bank<br>714 438-2500 | 2/3/10 at 4:29 p.m.<br>Theresa Barnhill |
| Verizon | 2/3/10 at 4:30 p.m.<br>After hours – no answer |

| So Calif Gas | 2/3/10 at 4:31 p.m. After hours – no answer |
|---|---|
| SoCal Edison | 2/3/10 at 4:33 p.m. After hours – no answer |

Via email

**Counsel for Pacific Mercantile Bank**
Leonard M. Shulman, Esq.
Shulman Hodges & Bastian LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610
Phone: 949-340-3400
Fax: 949-340-3000
LShulman@shbllp.com

→ eml
Tammy. 4:22
(assy)

Petra Financial
c/o Paul DeStefanis → spoke w/Paul
CPA/ABV, ASA, CVA       eml.
Paul D. DeStefanis, PA   4:25.
d/b/a Advanced Business Valuations
7330 SW 148th Street
Palmetto Bay, FL 33158-2126
Work 305-378-5001
Fax 305-378-5003
Cell 305-975-7599
Email- pauld@bizvaluations.

send cort call info.

Via overnight
Pacific Mercantile Bank
450 Newport Center Drive, Suite 100
Newport Beach CA 92660-0000
(714) 438-2500

※ Theresa Burnhill.
★ 4:29.

Via Fax
CA Franchise Tax Board    4:32
Tel. 916-845-4750 →
Fax  916-845-9799

Constance Montsch.
and Corporate
Bankruptcy Mail Stop A345

CA Employment Development Department

PO Bx.
Utility

FTB.
Sacramento 95827

+ called Verizon. — after hrs, no answer
+ SoCalif gas Co → 447 — closed no answer
+ SoCal Ed — ~~already on top~~

| In re:<br>REFRIGERANT EXCHANGE CORP., Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:10-bk-13375-RN |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

The foregoing document described DECLARATION RE TELEPHONIC NOTICE OF:

1. DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO USE CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION IN SUPPORT THEREOF

2. DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANIES PURSUANT TO SECTION 366(c) OF THE BANKRUPTCY CODE; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION IN SUPPORT THEREOF

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 4, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Philip A Gasteier    pag@lnbrb.com
- David B Golubchik    dbg@lnbrb.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 4, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

1

**VIA IN-HOUSE MESSENGER SERVICE**
Hon. Richard M. Neiter
United States Bankruptcy Court
Courtroom 1645
255 East Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 4, 2010 | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*January 2009*

**F 9013-3.1**